**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐   2nd   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Catherine Elizabeth Medina     JOINT DEBTOR:            CASE NO.: 15-13459-RAM
Last Four Digits of SS# 5091            Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $  229.92   for months    1    to   60  ;
B.  $_____   for months _____ to _____;
C.  $_____   for months _____ to _____; in order to pay the following creditors:

Administrative:       Attorney's Fee - $ 3,500.00 + 150. Costs =$ 3,650.00 TOTAL PAID $ 1,200.00
                     Balance Due- $2,450.00  payable $ 188.47 /month (Months  1  to  13 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

2. _____    Arrearage on Petition Date  $_____
Address:_____    Regular Payment            $____/month  (Months ___ to ___)
                                    Arrears Payment           $____/month  (Months ___ to ___)
Account No: _____     Arrears Payment           $____/month  (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service    Total Due $ 1,312.00
                               Payable  $   18.46 /month (Months   1    to  13  )
                               Payable  $   22.81 /month (Months  14    to  60  )

Unsecured Creditors:  Pay $ 184.11 month  (Months 14  to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Land Home Financial Svcs, LLC (Mtg) and Lake Royall East Homeowners Association (HOA) are being surrendered through the Chapter 13 Plan. The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

           /s
Debtor
Date:     03/27/2015

LF-31 (rev. 01/08/10)